IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**
MAY 10 2002
Phil Lombardi, Clerk
U.S. DISTRICT COURT

NOVA HEALTH SYSTEMS, D/B/A )
REPRODUCTIVE SERVICES, )
         Plaintiff, )
          )
-v- )   Case No. 01-CV-0419EA (X)
          )
MIKE FOGARTY, et al., )
         Defendants. )

### AFFIDAVIT OF DEAN GANDY

State of Oklahoma )
                ) SS:
County of Oklahoma )

      COMES NOW Dean Gandy, Executive Director of the University Hospitals Authority, being of lawful age, and being duly sworn upon his oath does depose and state the following:

1. That he is not a voting member of the University Hospitals Authority or the University Hospitals Trust.

2. That he is not a member of the Joint Governing Committee created by the Joint Operating Agreement between HCA Health Services of Oklahoma, Inc. and the University Hospitals Authority.

                                                                    DEAN GANDY

Subscribed and sworn to before me this 8th day of May, 2002.

                                                                  Notary Public

My Commission Expires:
My Commission Expires May 29, 2005.

   SEAL

